Noel Valdez Andrade
Case No. 2:19-cv-152-Z-BR
Andrade V. Amarillo Police Dept.
and Police Officers., ET. AL..,



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 3 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Nov. 25, 2019

United States District Court, Northern District of Texas.
Honorable Matthew J. Kacsmaryk,
205 S.E. 5th Ave.,
Amarillo, Texas. 79101

Motion; for Relief from a Judgment
or Order; From Default Judgment in
Case No. 2:19-CV-152-Z-BR.

    Plaintiff Noel Valdez Andrade, Moves the Court with Respect to Grant Relief in his Final Judgment in Case number; 075063-D and Grant him a Certificate of Discharge also money Damages of $19,500,000.00 also Return his 1996 Acura Black 4Door., Because of Defendants failure to Rebut Affidavit of Obligation and Default Judgment in Case No. 2:19-CV-152-Z-BR., Plaintiff has statisfied all Civ. R. Proc. that are required by law to be granted Relief that is requested in this motion.

    Because of Default Judgment in Case No. 2:19-CV-152-Z-BR., Plaintiff should be Granted Relief to his Final Judgment in Case No. 75063-D and Granted a Certificate of Discharge Under Civ. R. 60(b) (1)(2)(3). Because Plaintiff has Demonstrated these ground Violation of Civ. R. 60(b)

(1)(2)(3) in Case No. 2:19-cv-152-z-BR., Plaintiff pray the Honorable Matthew J. Kacsmaryk, Grant Plaintiff Noel Valdez Andrade Relief sought in this motion.

Respectfully;

Noel V. Andrade
Noel Valdez Andrade
TDCJ-ID # 2266633
Bill Bates Unit ISF
1995 Helton Road
Pampa, Texas. 79065

Right thumbprint →

## Inmate Declaration

I Noel Valdez Andrade, am the Plaintiff and being presently incarcerated in Bill Bates Unit ISF, 1995 Helton Road, Pampa, Texas. 79065, declare under penalty of perjury that according to my belief, the facts stated in the aboved Motion are true and Correct.

Signed on Nov. 25, 2019

Signed by;
Noel V. Andrade

Right thumb print →

Case No. 2:19-CV-152-Z-BR

Dear Clerk, Nov. 25, 19.

Plaintiff Noel Valdez Andrade ask Clerk to please file this motion and send Honorable Matthew J. Kacsmaryk, one to be heard and put on Docket. to be Granted Relief and Judgment. Thank you for your help and time.

Respectfully;

Noel V. Andrade

Case 2:19-cv-00152-Z-BR Document 14 Filed 12/03/19 Page 4 of 4 PageID 119

